UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RURID JAMES JR. | CIVIL ACTION NO.3:23-cv-00129 |
|     Plaintiff, | |
| VERSUS | JUDGE: JOHN W. DEGRAVELLES |
| RONALD WEST, NAS TRANSPORTATION SERVICES, LLC, AMERICAN SENTINEL INSURANCE COMPANY AND ILLINIOS INSURANCE COMPANY | MAGISTRATE JUDGE: SCOTT D. JOHNSON |
|     Defendants, | |

## MOTION FOR LEAVE OF COURT TO FILE SUPPLEMENTAL AND AMENDED COMPLAINT

Plaintiff, RURID JAMES, JR., through undersigned counsel and pursuant to the Federal Code of Civil Procedure Rule 15(a) respectfully moves this Court for leave to amend his complaint in this matter to name an additional party defendant.

1.

The original Petition for Damages was filed against Ronald West, NAS Transportation Services, LLC, American Sentinel Insurance Company and Illinois Union Insurance Company, on March 15, 2022 in the 18th Judicial District Court, Parish of West Baton Rouge.

2.

A Notice of Removal was filed by Ronald West and NAS Transportation Services, LLC on February 22, 2023 removing this matter from the 18th Judicial District Court, Parish of West Baton Rouge, to the United States District Court for the Middle District of Louisiana.

3.

By interrogatory answers dated January 13, 2023, defendant Ronald West identified his employer as NAS Transportation Services, LLC.

4.

By order dated June 15, 2023, this Honorable Court set a deadline to amend pleadings by July 5, 2023.

5.

Depositions of Ronald West and Henok Kifle were taken on August 2, 2023, during which time both deponents testified that Ronald West was not directly employed by NAS Transportation, but rather an independent truck owner operating through an L.L.C.

6.

Henok Kifle also testified that the 2011 International driven by Ronald West on March 17, 2021 was placed into interstate commerce under an agreement with the truck's owner, Semegn Trucking, LLC, under which the truck and its driver, Ronald West, would be dispatched to haul for NAS Transportations' customers and under insurance procured by NAS Transportation.

7.

At no time prior to the August 2, 2023 depositions was counsel aware of Ronald West's correct employer or the joint operating agreement of NAS Transportation Services and Semegn Trucking, believing instead that West's prior discovery responses were true and correct.

8.

Based upon this information, plaintiff requests leave to file a Supplemental and Amended Petition clarifying the joint venture of NAS Transportation Services and Semegn Trucking and

naming Ronald West's employer SEMEGN TRUCKING as a defendant herein.

9.

An amended complaint has been filed contemporaneously with this motion.

WHEREFORE plaintiff respectfully requests that this Honorable Court grant his motion to amend the original petition in accordance with the amended complaint filed of record.

RESPECTFULLY SUBMITTED:

BY: _____
STEVE A. ADAMS (#1190)
13862 Perkins Road, Suite B
Baton Rouge, Louisiana 70810
Telephone: (225) 295-1755
Facsimile: (225) 295-0009
E-Mail: salfredadamslaw@aol.com
**Attorney for Rurid James. Jr.**

## CERTIFICATE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been electronically filed with the Clerk of Court using the CM/ECF System which will send notification of such filing to all counsel of record who are authorized to receive electronic service on this 31 day of August, 2023.

_____
STEVE A. ADAMS